IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Sara B. Glass, | C.A. #9:17-2380-PMD-MGB |
| Plaintiff, | |
| vs. | **ORDER** |
| Rockwell Collins, Inc.; Lockheed Martin Corp.; RFD Beaufort, Inc.; Lee Tincher; and Brian Grealish, | |
| Defendants. | |

This matter is before the court upon the magistrate judge's recommendation that defendants' motion to dismiss be granted with prejudice as to plaintiff's intentional infliction of emotional distress claim, and granted without prejudice as to her civil conspiracy and negligent misrepresentation claims. The record includes the report and recommendation of the United States Magistrate Judge made in accordance with Local Civil Rule 73.02(B)(2)(g) and 28 U.S.C. § 636(b)(1)(A) and (B).

This Court is charged with conducting a de novo review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). No objections have been filed to the magistrate judge's report.

A review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law. For the reasons articulated by the magistrate judge, it is **ORDERED** that defendants' motion to dismiss plaintiff's intentional infliction of emotional distress claim is **GRANTED WITH PREJUDICE**, and **GRANTED WITHOUT PREJUDICE** as to plaintiff's civil conspiracy and negligent misrepresentation claims.

**ORDERED**, that the magistrate judge's report and recommendation is adopted as the order of this Court.

**AND IT IS SO ORDERED.**

_/s/ Patrick Michael Duffy_
PATRICK MICHAEL DUFFY
United States District Judge

May 10, 2018
Charleston, South Carolina