**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**BEAUFORT DIVISION**

| | |
|---|---|
| SARA B. GLASS,<br><br>  Plaintiff,<br><br>vs.<br><br>ROCKWELL COLLINS, INC.; and,<br>LOCKHEED MARTIN CORP.; and RFD<br>BEAUFORT, INC.; and, LEE TINCHER; and<br>BRIAN GREALISH,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 9:17-cv-02380-PMD-MGB

**DEFENDANT BRIAN GREALISH'S
ADR STATEMENT**

Counsel for Defendant Brian Grealish hereby certify: (1) they have provided Defendant with a copy of the mediation requirements; (2) they have discussed the availability of mediation with Defendant; and (3) they have discussed the timing of mediation with opposing counsel.

s/ Jennifer K. Dunlap
Jennifer K. Dunlap, Esq. (Fed. ID: 10110)
Email: jennidunlap@parkerpoe.com
Amanda C. Williams, Esq. (Fed. ID: 10218)
Email: amandawilliams@parkerpoe.com
PARKER POE ADAMS & BERNSTEIN LLP
200 Meeting Street, Suite 301
Charleston, South Carolina 29401
Phone: 843-727-2650
Fax: 843-727-2680

ATTORNEYS FOR DEFENDANT
BRIAN GREALISH

February 12, 2019
Charleston, South Carolina